**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2298**

_____

In re:  CLEVELAND NELSON, a/k/a Cleve, a/k/a Fat Daddy,

Petitioner.

_____

On Petition for Writ of Mandamus.  (No. 3:94-cr-00057-H-2)

_____

Submitted:  February 25, 2014          Decided:  March 6, 2014

_____

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Cleveland Nelson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland Nelson petitions for a writ of mandamus, seeking a ruling by the district court on his 18 U.S.C. § 3582(c)(2) (2012) motion. Although unreasonable delay in the district court may be a reason to grant mandamus relief, see Johnson v. Rogers, 917 F.2d 1283, 1285 (10th Cir. 1990), the district court's docket sheets reflects that the court issued an order on February 4, 2014, granting the motion of the Office of the Public Defender to withdraw from its representation of Nelson and permitting Nelson to proceed pro se. Because there has been recent, significant action in the district court, we conclude that Nelson is not entitled to the relief sought. Accordingly, while we grant leave to proceed in forma pauperis, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2